UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

In re   Hannah Louise Greer                                    Case No.   13-04088

                                                               Chapter    13
                        Debtor

### Objection to §362 Motion of Fay Servicing

Debtor objects to the §362 motion filed by Fay Servicing and requests a hearing on the matter. The particular reasons for opposition, including applicable statutes, rules, and case law, are as follows:

This objection is being filed by Debtor's attorney in order to preserve Debtor's right to a hearing. The property in question is believed to be Debtor's residence and is necessary for an effective reorganization. If there is a post-petition delinquency, it is believed that Debtor would be willing to make reasonable payments to catch up the payments.

11/22/16
Date

Edward L. Bailey, Attorney at Law
251 South Pine Street
Spartanburg, South Carolina 29302
District Court I.D. No. 1153

### Certificate of Service

Fay Servicing was served with a copy of debtor's Objection to 362 Motion and Certification of Facts by mailing a copy of the same on the date below, first class mail, postage prepaid, to them at the address below:

Vance L. Brabham, III
Attorney for Fay Servicing
Scott & Corley, P.A.
PO Box 2065
Columbia, SC  29202

11/22/16
Date

Edward L. Bailey, Attorney at Law
251 South Pine Street
Spartanburg, South Carolina 29302
District Court I.D. No. 1153

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

In re  **Hannah Louise Greer**　　　　　　　　　　　　Case No.  **13-04088**

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  **13**

　　　　　　　　　　　　Debtor

## Certification of Facts

In the above-entitled proceeding, in which relief is sought from the automatic stay in accordance with 11 USC §362, I do hereby certify to the best of my knowledge the following:

1. Nature of Movant's Interest:
   **See Movant's Certification of Facts**

2. Brief description of security agreement, copy attached (if applicable):
   **See Movant's Certification of Facts**

3. Description of property encumbered by stay (include serial number, lot and block number, etc.)
   **See Movant's Certification of Facts**

4. Basis for relief (property not necessary for reorganization, debtor has no equity, property not property of estate, etc.; include applicable subsection of §362 ):
   **See Movant's Certification of Facts**

5. Prior adjudication by other courts, copy attached (Decree of foreclosure, Order for possession, levy of execution, etc. (if applicable):
   **See Movant's Certification of Facts**

6. Valuation of property, copy of valuation attached (appraisal, Blue Book, etc.):

   | | | |
   |---|---|---|
   | Fair Market Value | $ | 84,488 |
   | Liens (Mortgages) | $ | 120,805 |
   | | $ | |
   | | $ | |
   | Debtor's Exemption (-) | $ | 0 |
   | Net Equity | $ | 0 |

7. Amount of Debtor's estimated equity (using figures from paragraph 5 above:

   　　　　　　　　　　　　　　　　　　　　　　$　　　0

8. Month and year in which first direct post-petition payment came due to movant (if applicable): **September 2013**

9. (a) For Movant/Lienholder (if applicable): List or attach a list of all post-petition payments received directly from debtor(s), clearly showing date received, amount, and month and year for which each such payment was applied. **See Movant's Certification of Facts.**

   (b) For Objecting Party (if applicable): List or attach a list of all post-petition payments included in the movant's list from (a) above which objecting party disputes as having been made. Attach written proof of such payment(s) or a statement as to why such proof is not available at the time of filing this objection. **This objection was filed on an emergency basis in order to protect Debtor's right to a hearing. If any payment history dispute remains unresolved, written proof will be filed in accordance with Local Rule 4001-1.**

10. Month and year for which post-petition account of Debtor(s) is due as of the date fo this motion:
    **See Movant's Certification of Facts.**

_11/22/16_　　　　　　　　　　　　　　　　　　_/s/ Edward L. Bailey_
Date　　　　　　　　　　　　　　　　　　　　Edward L. Bailey, Attorney at Law
　　　　　　　　　　　　　　　　　　　　　　251 South Pine Street
　　　　　　　　　　　　　　　　　　　　　　Spartanburg, South Carolina 29302
　　　　　　　　　　　　　　　　　　　　　　District Court I.D. No. 1153